[No. 45118-2-II.   Division Two.   April 8, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. LUCAS A. HARGRAVES, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 13-1-00145-4, Amber L. Finlay, J., entered July 8, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Johanson, A.C.J., concurred in by Hunt and Melnick, JJ.

[No. 30806-5-III.   Division Three.   April 8, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE GARCIA MORALES, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 08-1-50496-3, Carrie L. Runge, J., entered April 18, 2012. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Fearing, JJ.

[No. 31098-1-III.   Division Three.   April 8, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER RANDOLPH TATE, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 11-1-00784-1, Carrie L. Runge, J., entered August 30, 2012. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Brown, J.

[No. 31249-6-III.   Division Three.   April 8, 2014.]

JOHN SWENSON ET AL., *Respondents*, v. ALAN F. WEEKS ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Chelan County, No. 09-2-01058-1, Ted W. Small, J., entered October 15, 2012. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Brown, J.